UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:
FRANCISCO FLORES NAVARRETTE

CASE NO. 07 B 14281

CHAPTER 13

JUDGE: A. BENJAMIN GOLDGAR

Debtor
SSN XXX-XX-1814

------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------

   Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 08/08/07 .

   2.  The case was dismissed without confirmation, 09/14/2007.

------------------------------------------------------------------------
CREDITOR NAME              CLASS         CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                             PAID           PAID
------------------------------------------------------------------------

       Summary of disbursements:
------------------------------------------------------------------------
                     SECURED    PRIORITY   UNSECURED      OTHER        TOTAL
------------------------------------------------------------------------

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | .00 | .00 | .00 | .00 | .00 |
| PRINCIPAL PAID | .00 | .00 | .00 | .00 | .00 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | .00 | .00 | .00 | .00 | .00 |

The Debtor's attorney, PRO SE DEBTOR               , was allowed $      .00
and was paid $       .00 .

The Trustee received $       .00 .

Refunds to the Debtor totaled $       .00 .




    Dated: 12/20/07              /S/
                               GLENN STEARNS
                               CHAPTER 13 TRUSTEE

```
                          PAGE   2
    CASE NO. 07 B 14281 FRANCISCO FLORES NAVARRETTE
```